# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2018

*Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Morgan, Marshal D. | U.S. District Court - District of Puerto Rico | 04/08/2021 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Magistrate Judge - Full-Time | ☐ Nomination   Date<br>☐ Initial   ✔ Annual   ☐ Final<br>**5b.** ✔ Amended Report | 01/01/2018<br>**to**<br>12/31/2018 |

**7. Chambers or Office Address**

Federal Building
Room 150
150 Chardon Avenue
San Juan, Puerto 00918

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts,
checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

✔ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 2005 | AMGS&PO 401k Retirement Acct. w/ former law firm. No contributions by me or the firm made since 2005. No profit sharing. |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Morgan, Marshal D. | 04/08/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Morgan, Marshal D.** | 04/08/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. St. John's School | Tuition Agreement | J |
| 2. Robinson School | Tuition Agreement | J |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Morgan, Marshal D.** | 04/08/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. AMGS&OP RETIREMENT PLAN: | | | | | | | | | |
| 2. - American Funds Grow Fund of Amer Inv Opt | E | Dividend | M | T | | | | | |
| 3. - State Street U.S. Bond Index Ret Opt | A | Dividend | K | T | | | | | |
| 4. - Transamerica Stable Value Ret Opt | D | Dividend | K | T | | | | | |
| 5. - Transamerica Partners Stock Index Ret Opt | A | Dividend | K | T | | | | | |
| 6. BAIRD INVESTMENT ACCOUNT: | | | | | | | | | |
| 7. - Capital World Growth & Income CL A (CWGIX) | A | Dividend | J | T | | | | | |
| 8. - Fundamental Investors CL A (ANCFX) | A | Dividend | J | T | | | | | |
| 9. - Growth Fund of America CL A (AGTHX) | A | Dividend | J | T | | | | | |
| 10. - New World Cl A (NEWFX) | A | Dividend | J | T | | | | | |
| 11. - Small Cap World CL A (SMCWX) | A | Dividend | J | T | | | | | |
| 12. - Income Fund of America CL A (AMECX) | A | Dividend | J | T | | | | | |
| 13. PERSONAL BANK ACCOUNTS | | | | | | | | | |
| 14. Banco Popular Cash Accounts | | None | J | T | | | | | |
| 15. Banco Popular Educational Savings Accounts | A | Int./Div. | J | T | Redeemed (part) | 01/31/18 | J | A | Cashed in 2 Edu. CD's |
| 16. Caribe Federal Credit Union Checking/ Savings Accounts | A | Dividend | K | T | | | | | |
| 17. NORTHWESTERN MUTUAL LIFE INSURANCE POLICIES | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Morgan, Marshal D.** | 04/08/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. | Northwestern Mutual Whole Life Insurance Policy DNL | A | Distribution | M | T | | | | | |
| 19. | NORTHWESTERN MUTUAL VARIABLE COMPLIFE (BLM) | | | | | | | | | |
| 20. | Select Bond (MSA/Wells Capital Mgmt) | A | Dividend | J | T | | | | | |
| 21. | International Equity (MSA/Franklin Tmpl) | A | Dividend | J | T | | | | | |
| 22. | Mid Cap Growth Stock (MSA/Wellington) | A | Dividend | J | T | | | | | |
| 23. | High Yield Bond (MSA/Federated Inv.) | A | Dividend | J | T | | | | | |
| 24. | Index 400 Stock (MSA) | A | Dividend | J | T | | | | | |
| 25. | Small Cap Growth Stock (MSA/Wellington) | A | Dividend | J | T | | | | | |
| 26. | International Growth (MSA/FIAM LLC) | A | Dividend | J | T | | | | | |
| 27. | Small Cap Value (MSA/T. Rowe Price) | A | Dividend | J | T | | | | | |
| 28. | Domestic Equity (MSA/Delaware) | A | Dividend | J | T | | | | | |
| 29. | NORTHWESTERN MUTUAL VARIABLE COMPLIFE (GAM) | | | | | | | | | |
| 30. | Select Bond (MSA/Wells Capital Mgmt) | A | Dividend | J | T | | | | | |
| 31. | International Equity (MSA/Franklin Tmpl) | A | Dividend | J | T | | | | | |
| 32. | Mid Cap Growth Stock (MSA/Wellington) | A | Dividend | J | T | | | | | |
| 33. | High Yield Bond (MSA/Federated Inv.) | A | Dividend | J | T | | | | | |
| 34. | Index 400 Stock (MSA) | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Morgan, Marshal D.** | 04/08/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Small Cap Growth Stock (MSA/Wellington) | A | Dividend | J | T | | | | | |
| 36. International Growth (MSA/FIAM LLC) | A | Dividend | J | T | | | | | |
| 37. Small Cap Value (MSA/T. Rowe Price) | A | Dividend | J | T | | | | | |
| 38. Domestic Equity (MSA/Delaware) | A | Dividend | J | T | | | | | |
| 39. NORTHWESTERN MUTUAL VARIABLE COMPLIFE(TAM) | | | | | | | | | |
| 40. Mid Cap Growth Stock (MSA/Wellington) | A | Dividend | J | T | | | | | |
| 41. High Yield Bond (MSA/Federated Inv.) | A | Dividend | J | T | | | | | |
| 42. Index 400 Stock (MSA) | A | Dividend | J | T | | | | | |
| 43. Small Cap Growth Stock (MSA/Wellington) | A | Dividend | J | T | | | | | |
| 44. International Growth (MSA/FIAM LLC) | A | Dividend | J | T | | | | | |
| 45. Small Cap Value (MSA/T. Rowe Price) | A | Dividend | J | T | | | | | |
| 46. Domestic Equity (MSA/Delaware) | A | Dividend | J | T | | | | | |
| 47. NORTHWESTERN MUTUAL VARIABLE COMPLIFE (MDM) | | | | | | | | | |
| 48. Select Bond (MSA/Wells Capital Mgmt) | A | Dividend | J | T | | | | | |
| 49. International Equity (MSA/Franklin Tmpl) | A | Dividend | J | T | | | | | |
| 50. Govt Money Market (MSA/BlackRock) | A | Dividend | J | T | | | | | |
| 51. Mid Cap Growth Stock (MSA/Wellington) | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Morgan, Marshal D.** | 04/08/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52. High Yield Bond (MSA/Federated Inv.) | A | Dividend | J | T | | | | | |
| 53. Index 400 Stock (MSA) | A | Dividend | J | T | | | | | |
| 54. Small Cap Growth Stock (MSA/Wellington) | A | Dividend | J | T | | | | | |
| 55. International Growth (MSA/FIAM LLC) | A | Dividend | J | T | | | | | |
| 56. Small Cap Value (MSA/T. Rowe Price) | A | Dividend | J | T | | | | | |
| 57. | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

This financial disclosure was amended in the following manner:

Part II Agreements: to add the 401k from the former law firm where I worked from 1997-2005. I am fully vested and no additional contributions can be made to that account, nor have they been made since I left the firm in 2005. There is no profit sharing with that account or any other.

Part VI Liabilities: to add the two tuition agreements that I only recently realized should be included in this Section.

Part VII Investments and Trusts: to delete several investments that were inadvertently included for each Northwestern Mutual Variable Complife policy. The list of investments and trusts prior to the amendment for this year included all the possible investment options that could have been made for each Northwestern Mutual Variable Complife policy. Post amendment, this section now includes only the actual investments made by each policy.

| Name of Person Reporting | Date of Report |
|---|---|
| **Morgan, Marshal D.** | 04/08/2021 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Marshal D. Morgan**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544